UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-CV-54-DF-CE |
| | ) | |
| v. | ) | |
| | ) | |
| NIKE, INC. and APPLE INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT LOCAL RULE 3-4**

Defendants Apple Inc. and Nike, Inc. (collectively, "Defendants") respectfully notify the Court that Defendants timely served Plaintiff with their P.R. 3-4 Document Production on October 5, 2010, in compliance with the Docket Control Order.

Dated:  October 5, 2010			By: */s/ Nicholas J. Whilt*
					      Nicholas J. Whilt

					Eric M. Albritton
					Texas State Bar No. 00790215
					ema@emafirm.com
					ALBRITTON LAW FIRM
					P.O. Box 2649
					Longview, Texas 75606
					Telephone: (903) 757-8449
					Facsimile: (903) 758-7397

					GEORGE A. RILEY (admitted *pro hac vice*)
					griley@omm.com
					O'MELVENY & MYERS LLP
					Two Embarcadero Center, 28th Floor
					San Francisco, California  94111-3823
					Telephone:    (415) 984-8700
					Facsimile:     (415) 984-8701

					RYAN K. YAGURA (admitted *pro hac vice*)
					ryagura@omm.com
					NICHOLAS J. WHILT (admitted *pro hac vice*)
					nwhilt@omm.com
					O'MELVENY & MYERS LLP
					400 South Hope Street
					Los Angeles, California  90071-2899
					Telephone:    (213) 430-6000
					Facsimile:     (213) 430-6407

					DARIN J. GLASSER (admitted *pro hac vice*)
					dglasser@omm.com
					O'MELVENY & MYERS LLP
					610 Newport Center Drive
					Newport Beach, California  92660
					Telephone:    (949) 760-9600
					Facsimile:     (949) 823-6994

					Attorneys for Defendant APPLE INC.

Dated:  October 5, 2010                By:  */s/ Michael J. Harris*
                                             Michael J. Harris

                                       Jack Wesley Hill
                                       Texas State Bar No. 24032294
                                       wh@jwfirm.com
                                       WARD & SMITH LAW FIRM
                                       P.O. Box 1231
                                       Longview, Texas 75606-1231
                                       Telephone: (903) 757-6400
                                       Facsimile: (903) 757-2323

                                       Christopher J. Renk (Lead Attorney)
                                       (admitted *pro hac vice*)
                                       crenk@bannerwitcoff.com
                                       Erik S. Maurer
                                       (admitted *pro hac vice*)
                                       emaurer@bannerwitcoff.com
                                       Michael J. Harris
                                       (admitted *pro hac vice*)
                                       mharris@bannerwitcoff.com
                                       Audra Eidem Heinze
                                       (admitted *pro hac vice*)
                                       aheinze@bannerwitcoff.com
                                       BANNER & WITCOFF, LTD.
                                       10 S. Wacker Drive, Suite 3000
                                       Chicago, IL 60606
                                       Telephone (312) 463-5000
                                       Facsimile (312) 463-5001

                                       Attorneys for Defendant and Counterclaim-
                                       Plaintiff NIKE, INC.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 5, 2010.  All other counsel of record will be served via facsimile or first class mail.

__/s/ Nicholas J. Whilt_____
Nicholas J. Whilt
