1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DARIN W. SNYDER (S.B. 136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:     (415) 984-8701

6  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
7  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
10 Facsimile:     (213) 430-6407

11 DARIN J. GLASSER (S.B. #223788)
   dglasser@omm.com
12 O'MELVENY & MYERS LLP
   610 Newport Center Drive
13 Newport Beach, California  92660
   Telephone:    (949) 760-9600
14 Facsimile:     (949) 823-6994

15 Attorneys for Defendant and Counterclaim-Plaintiff
   Apple Inc.
16
   *Additional Counsel Listed on Signature Page*
17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19
                            **OAKLAND DIVISION**
20

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC., a Texas Limited Liability Company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation, and APPLE INC., a California Corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | CASE NO. CV 10-5543-CW<br><br>**ORDER REGARDING WITHDRAWAL OF CO-COUNSEL FOR APPLE INC.**<br><br>Judge:         Hon. Claudia Wilken<br>Hearing Date:  None |

CASE NO. C-10-5543-CW

[~~PROPOSED~~] ORDER RE
WITHDRAWAL OF COUNSEL

1

**ORDER**

2

3   IT IS HEREBY ORDERED that the application of Albritton Law Firm, and attorney Eric
M. Albritton, to withdraw as counsel of record for Defendant Apple Inc. and to terminate all ECF

4   notices to the Albritton Law Firm and Eric M. Albritton in connection with this matter, is

5   GRANTED

6

7

8   DATED: __5/24/2011_____          _____
                                           HON. CLAUDIA WILKEN
9                                          U.S. DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C-09-5543 CW            - 1 -                    [PROPOSED] ORDER RE
                                                          WITHDRAWAL OF COUNSEL