1   Richard L. Seabolt, Esq. (SBN 67469)
     **DUANE MORRIS LLP**
2   Spear Tower
     One Market Plaza, Suite 2200
3   San Francisco, CA  94105-1127
     Telephone:  415.957.3000
4   Facsimile:  415.957.3001

5   L. Norwood Jameson (admitted *pro hac vice*)
     Matthew C. Gaudet (admitted *pro hac vice*)
6   **DUANE MORRIS LLP**
     Atlantic Center Plaza
7   1180 West Peachtree Street N.W., Suite 700
     Atlanta, GA 30309-3448
8   Telephone: 404.253.6982
     Facsimile: 404.581.5951
9
     E-Mail: rlseabolt@duanemorris.com
10  E-Mail: wjameson@duanemorris.com
     E-Mail: mcgaudet@duanemorris.com
11
     Attorneys for Plaintiff Affinity Labs of Texas, LLC
12

13

14                      **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
15                               **OAKLAND DIVISION**

16  AFFINITY LABS OF TEXAS, LLC,          CASE NO. 4:10-cv-05543-CW

17              Plaintiff,                **STIPULATION TO CONTINUE CASE**
                                           **DEADLINES REGARDING DEFENDANT**
18          v.                            **APPLE INC. AND [~~PROPOSED~~] ORDER**

19  NIKE, INC. and APPLE INC.,            Judge:  Hon. Claudia Wilken

20              Defendants.

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC

2  ("Affinity") and Defendant Apple Inc. ("Apple") as follows:

3    WHEREAS, in accordance with the Court's instructions, Affinity and Apple have been

4  working diligently to reach a settlement that would include this litigation and Case No. CV 09-

5  4436-CW, pending before this Court between Affinity and Apple, including attending three

6  separate mediation sessions with the Mediator, Hon. Edward A. Infante (Ret);

7    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AFFINITY

8  AND APPLE, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE

9  APPROVAL OF THE COURT, AS FOLLOWS:

10    1.  The date for serving Patent L.R. 3-3 invalidity contentions currently due on

11        August 26, 2011 will be continued to September 23, 2011;

12    2.  The date for serving documents as required by Patent L.R. 3-4 currently due on

13        August 29, 2011 will be continued to September 26, 2011; and

14    3.  All other deadlines will remain unchanged.

15    These changes will not affect any other deadlines before the Court.

16

17  Dated:  August 24, 2011                    RICHARD L. SEABOLT
                                               L. NORWOOD JAMESON
                                               MATTHEW C. GAUDET
18
                                               DUANE MORRIS LLP
19

20
                                               By: */s/ Matthew C. Gaudet*
21                                                  Matthew C. Gaudet

22                                             Attorneys for Plaintiff AFFINITY LABS OF
                                               TEXAS, LLC
23

24

25

26

27

28

CASE NO. 4:10-cv-05543-CW        - 1 -        STIPULATION TO CONTINUE CASE
                                              DEADLINES REGARDING DEFENDANT
                                              APPLE INC. AND [~~PROPOSED~~] ORDER

1    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2    this document has been obtained from Darin W. Synder.

3

4

5    Dated:  August 24, 2011                 RICHARD L. SEABOLT
                                             L. NORWOOD JAMESON
                                             MATTHEW C. GAUDET
6
                                             DUANE MORRIS LLP
7

8
                                             By:  */s/ Matthew C. Gaudet*
9                                                   Matthew C. Gaudet

10                                           Attorneys for Plaintiff AFFINITY LABS OF
                                             TEXAS, LLC
11

12   Dated:  August 24, 2011                 GEORGE A. RILEY
                                             DARIN W. SNYDER
13                                           RYAN K. YAGURA
                                             DARIN J. GLASSER
14                                           NICHOLAS J. WHILT

15                                           O'MELVENY & MYERS LLP

16

17                                           By:  */s/ Darin W. Snyder*
                                                   Darin W. Snyder
18
                                             Attorneys for Defendant APPLE INC.
19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED,

21

22   Dated:__**8/25/2011**____

23                                           Honorable Claudia Wilken
                                             United States District Judge

24

25

26

27

28

CASE NO. 4:10-cv-05543-CW              - 2 -        STIPULATION TO CONTINUE CASE
                                                   DEADLINES REGARDING DEFENDANT
                                                   APPLE INC. AND [PROPOSED] ORDER