Richard L. Seabolt, Esq. (SBN 67469)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
DUANE MORRIS LLP
Atlantic Center Plaza
1180 West Peachtree Street N.W., Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6982
Facsimile: 404.581.5951

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: mcgaudet@duanemorris.com

Attorneys for Plaintiff Affinity Labs of Texas, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC. AND APPLE INC., <br><br> Defendants. | Case No.: 4:10-cv-05543-CW <br><br> **STIPULATION TO CONTINUE CASE DEADLINES REGARDING DEFENDANT NIKE, INC. AND [PROPOSED] ORDER** <br><br> Judge: Hon. Claudia Wilken |

IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendant NIKE, Inc. ("NIKE") as follows:

WHEREAS, on August 24, 2011, Affinity and Defendant Apple Inc. ("Apple") filed a stipulation to continue the deadlines for Apple's Patent L.R. 3-3 and Patent L.R. 3-4 disclosures in this litigation because Affinity and Apple have been working to reach a settlement that would include claims against or by Apple in this litigation and Case No. CV 09-4436-CW; (*see* D.E. 136);

WHEREAS, Affinity and NIKE agree that the Defendants in this litigation, Apple and NIKE, should have the same deadlines for Patent L.R. 3-3 and Patent L.R. 3-4 disclosures;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AFFINITY AND NIKE, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The date for serving Patent L.R. 3-3 invalidity contentions currently due on August 26, 2011 will be continued to September 23, 2011 for NIKE;

2. The date for serving documents as required by Patent L.R. 3-4 currently due on August 29, 2011 will be continued to September 26, 2011 for NIKE; and

3. All other deadlines will remain unchanged.

These changes will not affect any other deadlines before the Court.


Dated: August 25, 2011                    RICHARD L. SEABOLT
                                          L. NORWOOD JAMESON
                                          MATTHEW C. GAUDET

                                          DUANE MORRIS LLP

                                          By: */s/ Matthew C. Gaudet*
                                          Matthew C. Gaudet

                                          Attorneys for Plaintiff AFFINITY LABS OF
                                          TEXAS, LLC

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Michael J. Harris.

Dated: August 25, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET
DUANE MORRIS LLP

By: */s/ Matthew C. Gaudet*
Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

Dated: August 25, 2011

HEIDI KEEFE
JEFFREY T. NORBERG
COOLEY LLP

CHRISTOPHER J. RENK
ERIK S. MAURER
MICHAEL J. HARRIS
AUDRA EIDEM HEINZE
BANNER & WITCOFF, LTD.

By: */s/ Michael J. Harris*
Michael J. Harris

Attorneys for Defendant NIKE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __8/25/2011__

_____
Honorable Claudia Wilken
United States District Judge

3
STIPULATION TO CONTINUE CASE DEADLINES REGARDING DEFENDANT
NIKE, INC. AND [~~PROPOSED~~] ORDER
4:10-cv-05543-CW