Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street N.W., Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6982
Facsimile: 404.581.5951

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: mcgaudet@duanemorris.com

Attorneys for Plaintiff Affinity Labs of Texas, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,**<br><br>**Plaintiff and Counterclaim-Defendant,**<br><br>v.<br><br>**NIKE, INC., an Oregon Corporation, and APPLE INC., a California Corporation,**<br><br>Defendants and Counterclaim-Plaintiffs. | CASE NO. 4:10-cv-5543-CW<br><br>**STIPULATION AND JOINT MOTION TO DISMISS; [~~PROPOSED~~] ORDER**<br><br>Judge:  Hon. Claudia Wilken |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendants Apple Inc. ("Apple") and Nike, Inc. ("Nike"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

(1)     All claims asserted by Affinity against Apple in this action shall be dismissed with prejudice;

(2)     All counterclaims asserted by Apple against Affinity in this action shall be dismissed without prejudice;

(3)     All claims asserted by Affinity against Nike in this action shall be dismissed with prejudice;

(4)     All counterclaims asserted by Nike against Affinity in this action shall be dismissed without prejudice;

(5)     Affinity, Apple, and Nike each shall bear their own costs and attorneys' fees; and

(6)     The Court shall retain jurisdiction over this action to enforce the agreement between the parties resolving this action.

| | | |
|---|---|---|
| 1 | Dated:  September 23, 2011 | RICHARD L. SEABOLT |
| 2 | | L. NORWOOD JAMESON |
| | | MATTHEW C. GAUDET |
| 3 | | THOMAS W. SANKEY |
| | | BRIAN MCQUILLEN |

Dated:  September 23, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET
THOMAS W. SANKEY
BRIAN MCQUILLEN

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
　　Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

Dated:  September 23, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: */s/ Darin W. Snyder*
　　Darin W. Snyder

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated:  September 23, 2011

Heidi L. Keefe
Jeffrey T. Norberg

COOLEY, LLP

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Audra Eidem Heinze

BANNER & WITCOFF, LTD.


By: */s/ Michael J. Harris*
　　Michael J. Harris

Attorneys for Defendant and Counterclaim-Plaintiff NIKE, INC.

3

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder and Michael J. Harris.

Dated: September 23, 2011

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/27/2011

Honorable Claudia Wilken
United States District Judge